UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **DONALD KIRK,** | : | VIOLATIONS: 18 U.S.C. § 2113(a) |
| **Defendant.** | : | (Bank Robbery) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about the May 7, 2007, in the District of Columbia, the defendant, DONALD KIRK, by force, violence and intimidation did take from the person or presence of another money, belonging to and in the care, custody, control, management, and possession of the Chevy Chase Bank located at 650 F Street, N.W., Washington, D.C., a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia