UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-201** |
| | : | |
| v. | : | |
| | : | |
| **DONALD KIRK,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney **Karla-Dee Clark**, at telephone number **(202) 514-6940** and/or email address **Karla-Dee.Clark@usdoj.gov**. **Karla-Dee Clark,** will substitute for former Assistant United States Attorney **Louis Ramos** as counsel for the United States.

    Respectfully submitted,

    JEFFREY A. TAYLOR,
    United States Attorney


    _____/s/_____
    **Karla-Dee Clark, # 435-782**
    **Assistant United States Attorneys**
    **Federal Major Crimes**
    **555 4th Street, NW,  Room 4846**
    **Washington, DC 20530**
    **(202) 514-6940**