UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No.: 07-201 (RJL) |
| DONALD KIRK | : | |

FILED
APR 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully represents to the Court:

1. That DONALD KIRK is scheduled for Arraignment on May 13, 2008.

2. That DONALD KIRK is presently confined at the Adult Detention Center, Fairfax, VA.

WHEREFORE, the premises considered, the petitioner prays: That this Court issue a Writ of Habeas Corpus AD PROSEQUENDUM directed to the WARDEN of Fairfax County Adult Detention Center, Fairfax, Virginia, ordering the release of the said defendant, Donald Kirk, to the custody of either the United States Marshal for the District of Columbia District Court or the United States Marshal for the state of VIRGINIA or their authorized deputies on May 8, 2008, so that Donald Kirk may appear before this court on May 13, 2008, and further, that this court facilitate the return of the defendant to the warden of the Adult Detention Center, Fairfax, Virginia, through the United States Attorney for the District of Columbia upon the completion of this proceeding.

Respectfully Submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

*Karla-Dee Clark*
KARLA-DEE CLARK
ASSISTANT UNITED STATES ATTORNEY