# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| UNITED STATES OF AMERICA | DOCKET NO: 07-201 | MAGIS. NO: |
|---|---|---|
| V. DONALD KIRK | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Donald Kirk | FILED MAY 14 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| DOB:            PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

BANK ROBBERY

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION: 18:2113(a)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE): U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED: 8/14/07 |
|---|---|---|
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE: 8/14/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 14 May, 2008 | NAME AND TITLE OF ARRESTING OFFICER Deputy DUSM Robert C. Bea | SIGNATURE OF ARRESTING OFFICER [signature] Deputy |
|---|---|---|
| DATE EXECUTED 14 May, 2008 | | |
| HIDTA CASE:   Yes   No X | | OCDETF CASE:   Yes   No X |

1366009