U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

FILED
MAY 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| V. | : | Case No. 07-201 (RJL) |
| DONALD KIRK | : | |
| | : | |

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the ____14th____ day of ____May, 2008____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on by _____ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of __Detective Anthony Johnson__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_Richard J. Leon_
Judge (U.S. Magistrate)

DOJ USA-16-80

DEFENSE COUNSEL