CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     )
                             )
          vs.                )     Criminal No. 67-201
                             )
   Donald Kirk               )     **FILED**
                             )
                                   JUL 14 2008

**WAIVER OF TRIAL BY JURY**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge