UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-201 (RJL) |
| | : | |
| v. | : | VIOLATION: 18 U.S.C. § 2113(a) |
| | : | (Bank Robbery) |
| DONALD KIRK | : | |
| | : | |

**FILED**

JUL 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATEMENT OF THE OFFENSE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant Donald Kirk, hereby submit this Statement of the Offense.

At all times relevant to this case, Chevy Chase Bank is located in the District of Columbia at 650 F Street, N.W., Washington, D.C., and is a bank whose deposits were then insured by the Federal Deposit Insurance Corporation. On May 7, 2007, at approximately 5:40 p.m., the defendant Donald Kirk entered the Chevy Chase Bank at 650 F Street, N.W., Washington, D.C. and approached teller window number 4. The defendant put a handwritten note under the teller window that read "this is a hold up. Don't move. Give me all the money. I have a gun and will shoot." A bank teller put in the teller slot loose cash, which the defendant took, while another bank teller activated Chevy Chase Bank's silent alarm system. The defendant left Chevy Chase Bank and fled on foot with the loose cash. The defendant left behind the robbery demand note. This incident was captured on the Chevy Chase Bank surveillance video. The total loss to Chevy Chase Bank was $1,751.00.

On May 9, 2007, the defendant was arrested in Springfield, Virginia for the bank robbery of the BB&T Bank. Special Agent Mike Pinto of the Federal Bureau of Investigation assigned to investigate the robbery of the Chevy Chase Bank on May 7, 2007, was notified of the defendant's

arrest. Special Agent Pinto went to the police station in Springfield, Virginia, viewed the defendant and recognized him from the Chevy Chase Bank surveillance video as the individual who had robbed that bank on May 7, 2007. On May 14, 2007, two witnesses separately viewed a photo array and positively identified the defendant as the individual who had committed the robbery of the Chevy Chase Bank on May 7, 2007.

JEFFREY A. TAYLOR
United States Attorney

By: *Karla-Dee Clark*
Karla-Dee Clark
Assistant United States Attorney
D.C. Bar No. 435-782
United States Attorney's Office
  For the District of Columbia
555 Fourth Street, N.W., Room 4846
Washington, D.C. 20530
(202) 305-1368
Karla-Dee.Clark@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have discussed it with my attorney, Tony Miles, Esquire. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: July 14, 08                    _____
                                     Donald Kirk
                                     Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 7/14/08                        _____
                                     Tony Miles, Esquire
                                     Attorney for the Defendant